# Supreme Court of Florida

---

No. SC2024-1717

---

**IN RE: AMENDMENTS TO FLORIDA RULES OF JUVENILE PROCEDURE.**

February 20, 2025

PER CURIAM.

The Juvenile Court Rules Committee filed a report proposing amendments to Florida Rules of Juvenile Procedure Forms 8.959 (Summons for Dependency Arraignment), 8.979 (Summons for Advisory Hearing), and 8.982 (Notice of Action for Advisory Hearing) to include Creole translations.[1]  We adopt the amendments to the forms as proposed.

The amendments to the English versions of forms 8.959, 8.979, and 8.982 in *In re Amendments to Florida Rules of Juvenile Procedure – 2023 Legislation*, 375 So. 3d 219 (Fla. 2023), eliminated the word "personally" from "personally appear," consistent with the

---

1.  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1).

legislative changes made by chapter 2023-302, Laws of Florida. The Court now adopts the Creole versions of those forms to conform with the English versions of the forms.

The Court hereby amends the Florida Rules of Juvenile Procedure as reflected in the appendix to this opinion. New language is indicated by underscoring. The amendments to the forms shall become effective April 1, 2025, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Juvenile Procedure

Sarah J. Rumph, Chair, Juvenile Court Rules Committee, Tallahassee, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Michael Hodges, Staff Liaison, The Florida Bar, Tallahassee, Florida,

    for Petitioner

# APPENDIX

## FORM 8.959.   SUMMONS FOR DEPENDENCY ARRAIGNMENT

SUMMONS AND NOTICE OF HEARING

STATE OF FLORIDA

TO:   .....(name and address of person being summoned).....

.....(Petitioner's name)..... has filed in this court a petition, alleging under oath that the above-named child(ren) is/are dependent under the laws of the State of Florida and requesting that a summons issue in due course requiring that you appear before this court to be dealt with according to law. A copy of the petition is attached to this summons.

You are to appear before this Court at .....(location of hearing)....., at .....(time and date of hearing)......

**FAILURE TO APPEAR AT THE ARRAIGNMENT HEARING CONSTITUTES CONSENT TO THE ADJUDICATION OF THIS CHILD (OR CHILDREN) AS A DEPENDENT CHILD (OR CHILDREN) AND MAY ULTIMATELY RESULT IN LOSS OF CUSTODY OF THIS CHILD (OR CHILDREN).**

IF YOU FAIL TO APPEAR YOU MAY BE HELD IN CONTEMPT OF COURT.

COMMENT: The following paragraph must be in bold, 14 pt. Times New Roman or Courier font.

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact .....(name, address, telephone number)..... at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

Witness my hand and seal of this court at .....(city, county, and state)....., on .....(date)......

CLERK OF COURT

BY:_____

DEPUTY CLERK

CITATORIO Y AVISO DE AUDIENCIA

ESTADO DE FLORIDA

PARA:     ..... (nombre y dirección de la persona citada).....

..... (Nombre del peticionario)..... ha presentado en este tribunal una petición, alegando bajo juramento que los niños mencionados anteriormente son dependientes según las leyes del Estado de Florida y solicitando que se emita un citatorio a su debido tiempo que requiera que comparezca ante este tribunal para ser tratado de acuerdo con la ley. Se adjunta copia de la petición a este citatorio.

Deberá comparecer ante este Tribunal en ..... (lugar de la audiencia)....., en ..... (hora y fecha de la audiencia)......

**NO COMPARECER EN LA AUDIENCIA DE TUTELA CONSTITUYE UN CONSENTIMIENTO PARA LA ADJUDICACIÓN DE ESTE NIÑO (O NIÑOS) COMO HIJO (O HIJOS) DEPENDIENTE(S) Y, EN ÚLTIMA INSTANCIA, PUEDE RESULTAR EN LA PÉRDIDA DE LA CUSTODIA DE ESTE NIÑO (O NIÑOS).**

SI NO SE PRESENTA, PUEDE SER DECLARADO EN DESACATO AL TRIBUNAL.

COMENTARIO: El siguiente párrafo debe estar en negrita, 14 pt. fuente Times New Roman o Courier.

- 4 -

**Si usted es una persona con una discapacidad que necesita alguna adaptación para participar en este procedimiento, tiene derecho, sin costo alguno para usted, a que se le provea de cierta asistencia. Póngase en contacto con ..... (nombre, dirección, número de teléfono)..... al menos 7 días antes de su comparecencia programada ante el tribunal, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia programada es inferior a 7 días. Si tiene problemas de audición o de voz, llame al 711.**

Doy fe con mi firma y sello de este tribunal en..... (ciudad, condado y estado)....., en ..... (fecha)......

SECRETARIO DEL TRIBUNAL

POR: _____

SECRETARIO ADJUNTO

## MANDA AK AVÈTISMAN POU YON CHITA TANDE

LETA FLORID

POU: ....(non ak adrès pou moun yo voye manda-a)......

kÒm, tantiske, .....(non pati ki fé demann-nan).... fé yon demann devan tribinal-la, epi li sèmante timoun-nan(yo), swa dizan bezwen pwoteksyon leta dapre règ lalwa nan Leta Florid, yon kopi enfòmasyon sou akizasyon-an kwoke nan lèt sa-a. Yo mande pou yo sèvi-w ak yon manda touswit, ki pou fose-w prezante devan tribinal la pou yo ka koresponn avèk ou, dapre lalwa.

Alò, pou sa yo kòmande-w pou prezante devan tribinal sa-a, ki nan ....., (adrès tribinal-la) ......, a .... (nan dat ak lè, chita tande-a) .....

**SI OU PA PREZANTE NAN CHITA TANDE-A, POU YO KA AVÈTI-W AK AKIZASYON OFISYÈL-LA, SA KA LAKÒZ YO DESIDE OU KON-SANTI TIMOUN-NAN(YO), BEZWEN PWOTEKSYON LETA,**

**EPI LI KA LAKÒZ OU PÈDI DWA-OU KÒM PARAN TIMOUN SA-A(YO).**

SI OU PA PREZANTE, YO GEN DWA CHAJE-W, KÒMKWA OU MANKE TRIBINAL LA DEGA.

**Si ou se yon moun infirm, ki beswen `ed ou ki bewsen ke o akomode w pou ou patispe nan pwosedi sa yo, ou genyen dwa, san ke ou pa peye, a setin `ed. Silvouple kontake .....(non, address, telephone)..... o moin 7 jou avan dat ou genyen rendevou pou ale nan tribunal, ou si le ou resevwa avi a, genyen mouins ke 7 jou avan date endevou tribunal la. Ou si ou pa tande pale, rele nan nimerro sa 711.**

Mwen siyen non mwen, epi mete so mwen, nan dokiman tribinal-la sa-a, kòm temwen, nan (vil, distrik, eta) ...., nan .... (dat).....

GREFYE TRIBINAL-LA

PA: _____

ASISTAN GREFYE TRIBINAL-LA

## FORM 8.979.  SUMMONS FOR ADVISORY HEARING

SUMMONS AND NOTICE OF ADVISORY

HEARING FOR TERMINATION OF

PARENTAL RIGHTS AND GUARDIANSHIP

STATE OF FLORIDA

TO:   .....(name and address of person being summoned).....

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced child(ren), a copy of which is attached. You are to appear before .....(judge)....., at .....(time and location of hearing)....., for a TERMINATION OF

PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

**FAILURE TO APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS TO THIS CHILD (THESE CHILDREN). IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED YOU MAY LOSE ALL LEGAL RIGHTS TO THE CHILD (OR CHILDREN) NAMED IN THE PETITION ATTACHED TO THIS NOTICE.**

COMMENT: The following paragraph must be in bold, 14 pt. Times New Roman or Courier font.

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact .....(name, address, telephone number)..... at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

Witness my hand and seal of this court at .....(city, county, state)..... on .....(date)......

CLERK OF COURT

BY:_____

DEPUTY CLERK


CITATORIO Y AVISO DE

AUDIENCIA PARA LA TERMINACIÓN DE

PATRIA POTESTAD Y TUTELA

ESTADO DE FLORIDA

PARA:       ..... (nombre y dirección de la persona citada).....

Se ha presentado una Petición de Terminación de la Patria Potestad bajo juramento en este tribunal con respecto a los niños mencionados anteriormente, cuya copia se adjunta. Usted debe comparecer ante ..... (juez)....., en ..... (hora y lugar de la audiencia)....., para una AUDIENCIA CONSULTIVA DE TERMINACIÓN DE LA PATRIA POTESTAD. Deberá presentarse en la fecha y hora que se especifiquen.

**LA FALTA DE COMPARECENCIA EN ESTA AUDIENCIA CONSULTIVA CONSTITUYE SU CONSENTIMIENTO PARA LA TERMINACIÓN DE LA PATRIA POTESTAD DE ESTE NIÑO (ESTOS NIÑOS). SI NO SE PRESENTA EN LA FECHA Y HORA ESPECIFICADAS, PUEDE PERDER TODOS LOS DERECHOS LEGALES SOBRE EL NIÑO (O NIÑOS) NOMBRADOS EN LA PETICIÓN ADJUNTA A ESTE CITATORIO.**

COMENTARIO: El siguiente párrafo debe estar en negrita, 14 pt. fuente Times New Roman o Courier.

**Si usted es una persona con una discapacidad que necesita alguna adaptación para participar en este procedimiento, tiene derecho, sin costo alguno para usted, a que se le provea de cierta asistencia. Póngase en contacto con ..... (nombre, dirección, número de teléfono)..... al menos 7 días antes de su comparecencia programada ante el tribunal, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia programada es inferior a 7 días. Si tiene problemas de audición o de voz, llame al 711.**

Doy fe con mi firma y sello de este tribunal en ..... (ciudad, condado, estado)..... en..... (fecha)......

SECRETARIO DEL TRIBUNAL

POR:

SECRETARIO ADJUNTO

## MANDA AK AVÈTISMAN POU ENFOME-W
## SOU YON CHITA TANDE, POU YO ANILE DWA-W
## KÒM PARAN AK KÒM GADYEN

Leta Florid

POU: .....(non ak adrès moun yo voye manda-a).......

KÒM, tandiske, gen yon demann sèmante pou anile dwa paran-yo, ki prezante devan tribinal-la, konsènan timoun ki nonmen nan lèt sa-a, piwo-a, yon kopi dokiman-an kwoke nan dosye-a., yo bay lòd pou prezante devan ..... (Jij-la) ...., a..... (nan.lè ak adrès chita tande-a)......, NAN YON CHITA TANDE POU YO ENFÒME-W, YO GEN LENTANSYON POU ANILE DWA-OU KÒM PARAN. Ou fèt pou prezante nan dat ak lè ki endike-a.

**SI OU PA PREZANTE NAN CHITA TANDE-A, POU YO ENFÒME-W, YO GEN LENTANSYON POU ANILE DWA-OU KÒM PARAN, SA KA LAKÒZ YO DESIDE OU KONSANTI TIMOUN SA-A (YO), BEZWEN PWOTEKSYON LETA EPI SA KA LAKÒZ OU PÈDI DWA-OU KÒM PARAN TIMOUN SA-A(YO), KI GEN NON YO MAKE NAN KOPI DEMANN-NAN, KI KWOKE NAN AVÈTISMAN-AN**

**Si ou se yon moun infirm, ki beswen `ed ou ki bewsen ke o akomode w pou ou patispe nan pwosedi sa yo, ou genyen dwa, san ke ou pa peye, a setin `ed. Silvouple kontake .....(non, address, telephone)..... o moin 7 jou avan dat ou genyen rendevou pou ale nan tribunal, ou si le ou resevwa avi a, genyen mouins ke 7 jou avan date endevou tribunal la. Ou si ou pa tande pale, rele nan nimerro sa 711.**

Mwen siyen non mwen e mete so mwen nan dokiman tribinal-la kòm temwen nan (vil, distrik, eta) ....., nan ... (dat).......

_____

GREFYE TRIBINAL-LA

PA:

## FORM 8.982.   NOTICE OF ACTION FOR ADVISORY HEARING

.....(Child(ren)'s initials and date(s) of birth).....

NOTICE OF ACTION AND OF ADVISORY HEARING FOR

TERMINATION OF PARENTAL RIGHTS AND

GUARDIANSHIP

STATE OF FLORIDA

TO: .....(name and address of person being summoned)....

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced child(ren). You are to appear before .....(judge)....., at .....(time and address of hearing)....., for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

**FAILURE TO APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS TO THIS CHILD (THESE CHILDREN). IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED YOU MAY LOSE ALL LEGAL RIGHTS TO THE CHILD (OR CHILDREN) WHOSE INITIALS APPEAR ABOVE.**

COMMENT:   The following paragraph must be in bold, 14 pt. Times New Roman or Courier font.

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact ......(name, address, telephone number)..... at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

Witness my hand and seal of this court at .....(city, county, state)..... on .....(date)......

CLERK OF COURT

BY:_____

DEPUTY CLERK

..... (Iniciales del niño (s) y fecha (s) de nacimiento).....

NOTIFICACIÓN DE AUDIENCIA CONSULTIVA PARA LA

TERMINACIÓN DE LA PATRIA POTESTAD Y

TUTELA

ESTADO DE FLORIDA

PARA:      ..... (nombre y dirección de la persona citada)....

Se ha presentado una Petición de Terminación de la Patria Potestad bajo juramento en este tribunal con respecto a los niños mencionados anteriormente. Usted debe comparecer ante ..... (juez)....., en ..... (hora y dirección de la audiencia)....., para una AUDIENCIA CONSULTIVA DE TERMINACIÓN DE LA PATRIA POTESTAD. Deberá presentarse en la fecha y hora que se especifiquen.

**LA FALTA DE COMPARECENCIA EN ESTA AUDIENCIA CONSULTIVA CONSTITUYE SU CONSENTIMIENTO PARA LA TERMINACIÓN DE LA PATRIA POTESTAD DE ESTE NIÑO (ESTOS NIÑOS). SI NO SE PRESENTA EN LA FECHA Y HORA ESPECIFICADAS, PUEDE PERDER TODOS LOS DERECHOS LEGALES SOBRE EL NIÑO (O NIÑOS) CUYAS INICIALES APARECEN ARRIBA.**

COMENTARIO: El siguiente párrafo debe estar en negrita, 14 pt. fuente Times New Roman o Courier.

**Si usted es una persona con una discapacidad que necesita alguna adaptación para participar en este procedimiento, tiene derecho, sin costo alguno para usted, a que se le provea de cierta asistencia. Póngase en contacto con ...... (nombre, dirección, número de teléfono)..... al menos 7 días antes de su comparecencia programada ante el tribunal, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia programada es inferior a 7 días. Si tiene problemas de audición o de voz, llame al 711.**

Doy fe con mi firma y sello de este tribunal en ..... (ciudad, condado, estado)..... en..... (fecha)......

SECRETARIO DEL TRIBUNAL

POR: _____

SECRETARIO ADJUNTO


MANDA AK AVÈTISMAN POU ENFOME-W

SOU YON CHITA TANDE, POU YO ANILE

DWA-W KÒM PARAN AK KÒM GADYEN.

LETA FLORID

POU: .....(non ak adrs moun yo voye manda-a).....

KÒM, tandiske, gen yon demann smante pou anile dwa paran-yo, ki prezante devan tribinal-la, konsnan timoun ki nonmen nan lt sa-a, piwo-a, yon kopi dokiman-an kwoke nan dosye-a., yo bay ld pou prezante devan .....(Jij-la)....., a..... (nan.l ak adrs chita tande-a)....., NAN YON CHITA TANDE POU YO ENOFME-W, YO GEN LENTANSYON POU ANILE DWA-OU KÒM PARAN. Ou ft pou prezante nan dat ak l ki endike-a.

**SI OU PA PREZANTE NAN CHITA TANDE-A, POU YO ENFOME-W, YO GEN LENTANSYON POU ANILE DWA-OU KÒM PARAN, SA KA LAKÒZ YO DESIDE OU KONSANTI TIMOUN SA-A (YO), BEZWEN PWOTEKSYON LETA EPI SA KA LAKÒZ OU PEDI**

**DWA-OU KÒM PARAN TIMOUN SA-A(YO), KI GEN NON YO MAKE NAN KOPI DEMANN-NAN, KI KWOKE NAN AVÈTISMAN -AN**

**Si ou se yon moun infirm, ki beswen `ed ou ki bewsen ke o akomode w pou ou patispe nan pwosedi sa yo, ou genyen dwa, san ke ou pa peye, a setin `ed. Silvouple kontake .....(non, address, telephone)..... o moin 7 jou avan dat ou genyen rendevou pou ale nan tribunal, ou si le ou resevwa avi a, genyen mouins ke 7 jou avan date endevou tribunal la. Ou si ou pa tande pale, rele nan nimerro sa 711.**

Mwen siyen non mwen e mete so mwen nan dokiman tribinal-la km temwen nan .....(vil, distrik, eta)....., nan .....(dat)......

GREFYE TRIBINAL-LA

PA: _____

ASISTAN GREFYE TRIBINAL-LA ___